| | |
|---|---|
| 1 | KATHERINE C. HUIBONHOA (SB# 207648) |
|   | katherinehuibonhoa@paulhastings.com |
| 2 | AMY C. HIRSH (SB# 246533) |
|   | amyhirsh@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 55 Second Street |
| 4 | Twenty-Fourth Floor |
|   | San Francisco, CA  94105-3441 |
| 5 | Telephone:  (415) 856-7000 |
|   | Facsimile:  (415) 856-7100 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | UNITED PARCEL SERVICE, INC. |
| 8 | STEPHEN R. JAFFE (SB# 049539) |
|   | stephenrjaffe@gmail.com |
| 9 | 101 California Street, Suite 2450 |
|   | San Francisco, CA  94111 |
| 10 | Telephone:  (415) 618-0100 |
|   | Facsimile:  (415) 618-0080 |
| 11 | |
|   | Attorneys for Plaintiff |
| 12 | KIM MUNIZ |

13                     UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                             OAKLAND DIVISION

16

| | |
|---|---|
| 17  KIM MUNIZ, | Case No. C-09-01987 CW |
| 18             Plaintiff, | **STIPULATION TO EXTEND TIME TO MAKE INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)(A); ORDER** |
| 19      vs. | |
| 20  UNITED PARCEL SERVICE, INC., | |
| 21             Defendant. | |

---

Case No. C-09-01987 CW    1    STIPULATION RE: INITIAL DISCLOSURES AND ORDER
LEGAL_US_W # 62214853.1

1   WHEREAS the parties held their initial conference pursuant to Federal Rule of
2  Civil Procedure 26(f) on July 2, 2009;
3   WHEREAS the parties agree that an extension of time to review and identify
4  documents for production in connection with their initial disclosures, pursuant to Federal Rule of
5  Civil Procedure 26(a)(1)(A), will further the interests of judicial efficiency and conserve
6  resources;
7   IT IS HEREBY STIPULATED by and between the parties hereto that the deadline
8  to make initial disclosures be extended from July 16, 2009, to and including August 13, 2009.

Dated: July ___, 2009         KATHERINE C. HUIBONHOA
                              AMY C. HIRSH
                              PAUL, HASTINGS, JANOFSKY & WALKER LLP


                              By:_____
                                          AMY C. HIRSH

                              Attorneys for Defendant
                              UNITED PARCEL SERVICE, INC.

Dated: July___, 2009          STEPHEN R. JAFFE


                              By:_____
                                          STEPHEN R. JAFFE

                              Attorneys for Plaintiff
                              KIM MUNIZ

### ORDER

Pursuant to the Stipulation of the parties, IT IS SO ORDERED that the deadline to make initial disclosures is hereby extended from July 16, 2009, to and including August 13, 2009.

7/21/09

DATED: _____.    By:_____
                                          CLAUDIA WILKEN
                                          Judge, United States District Court