PAUL, HASTINGS, JANOFSKY & WALKER LLP
KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
AMY C. HIRSH (SB# 246533)
amyhirsh@paulhastings.com
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

STEPHEN R. JAFFE (SB# 049539)
stephenjaffe@gmail.com
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 618-0100
Facsimile: (415) 618-0080

Attorneys for Plaintiff
KIM MUNIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM MUNIZ,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., a corporation and DOE 1 through DOE 20, inclusive,<br><br>Defendant. | CASE NO. CV-09-1987 CW<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION AND ORDER FOR DEPOSITIONS AFTER DISCOVERY CUT-OFF** |

Plaintiff Kim Muniz and Defendant United Parcel Service, Inc., by and through their counsel of record, hereby agree and stipulate that the depositions of Jerry Mattes, Susan Lugewicz, Vivian Joshua, and Joe Woulfe may be completed after the April 2, 2010 discovery cut-off, but in any event shall be completed no later than May 3, 2010. This stipulation is based on the following facts:

1. Plaintiff noticed the deposition of Jerry Mattes for March 30, 2010. Mr. Mattes is traveling out-of-state until April 6, 2010. Therefore, Plaintiff needs additional time to complete the deposition.

2. Defendant noticed the depositions of Susan Lugewicz for March 17, 2010, Joe Woulfe for March 18, 2010, and Vivian Joshua for March 31, 2010. Defendant made numerous attempts to serve the witness with deposition subpoenas, but was unable to effect service. Therefore, Defendant needs additional time to complete the depositions.

The continuance of the above referenced depositions is not sought for the purpose of delay, and the parties do not anticipate that extending the date for the depositions will result in any delay in pretrial proceedings or trial.

DATE: March 31, 2010

KATHERINE C. HUIBONHOA
AMY C. HIRSH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ *Katherine C. Huibonhoa*
KATHERINE C. HUIBONHOA

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATE: March 30, 2010

STEPHEN R. JAFFE

By: */s/ Stephen R. Jaffe*
STEPHEN R. JAFFE

Attorneys for Plaintiff
KIM MUNIZ

**ORDER**

IT IS SO ORDERED.

DATED: 4/5/2010

By: ______________________________

HON. CLAUDIA WILKEN
United States District Judge

Case No. CV-09-1987 CW

-2-

LEGAL_US_W
# 64281634.1

JOINT STIPULATION AND [PROP] ORDER RE: DEPOSITIONS