STEPHEN R. JAFFE (SB# 49539)
KATHRYN S. LANDMAN (SB# 260465)
THE JAFFE LAW FIRM
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 618-0100
Facsimile: (415) 618-0080
stephenjaffe@gmail.com

Attorneys for Plaintiff
KIM MUNIZ

KATHERINE C. HUIBONHOA (SB# 207648)
AMY C. HIRSH (SB# 246533)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
kathyhuibonhoa@paulhastings.com
amyhirsh@paulhastings.com

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM MUNIZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED PARCEL SERVICE, INC., a corporation and DOE 1 through DOE 20, inclusive,<br><br>　　　　　Defendant. | CASE NO. CV-09-1987 CW<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION AND ORDER FOR MENTAL EXAMINATION** |

Plaintiff Kim Muniz and Defendant United Parcel Service, Inc. stipulate as follows:

1. Plaintiff shall submit to a mental examination to evaluate the source, nature, and extent of any emotional injuries alleged to have been sustained by Plaintiff.

2. The examination will be conducted solely at Defendant's expense, by Dr. George Woods, on a mutually agreeable future date.

3. The examination will last no more than six hours and consist of (1) an oral psychiatric examination of no more than three hours; and (2) written psychological testing of no more than three hours, which shall consist of the Minnesota Multiphasic Personality Inventory ("MMPI") II and Word Memory Test.

4. The parties have agreed that Plaintiff may tape record the oral examination.

5. By stipulating to the examination, Plaintiff does not waive the right to challenge the admissibility of Dr. Woods' testimony at trial.

DATE: April 13, 2010

KATHERINE C. HUIBONHOA
AMY C. HIRSH
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:            /s/
       KATHERINE C. HUIBONHOA

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATE: April _____, 2010

STEPHEN R. JAFFE


By:
       STEPHEN R. JAFFE

Attorneys for Plaintiff
KIM MUNIZ

1
**ORDER**

2    IT IS SO ORDERED.

3   DATED: April 15, 2010            By: _____
4                                         HON. CLAUDIA WILKEN
                                          United States District Judge

CASE NO. CV-09-1987 CW                    -2-                    STIPULATION & PROPOSED ORDER RE
LEGAL_US_W # 64363516.1                                                             MENTAL EXAM