Stephen R. Jaffe      SBN 49539
Kathryn S. Landman SBM 260465
The Jaffe Law Firm
101 California Street
Suite 2450
San Francisco, CA 94111
415-618-0100 voice
415-618-0080 fax
stephenrjaffe@gmail.com

Attorney for Plaintiff KIM MUNIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MUNIZ, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>UNITED PARCEL SERVICE, INC., a corporation and DOE 1 thorough DOE 20, inclusive,<br><br>           Defendants. | Case No.  CV  09  01987  CW<br><br>STIPULATION TO CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO AMEND COMPLAINT<br>             and<br>ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT - **AS MODIFIED** |

It is hereby stipulated by and between the parties to this action, acting through their respective counsel of record, that:

(1)     Plaintiff's motion to amend the complaint presently set for hearing on May 13, 2010 at 2 PM shall be continued and set for hearing on June 3, 2010 at 2 PM.

(2)     It is further stipulated by the parties that the briefing schedule (1) for defendant's motion for summary judgment and/or summary adjudication, (2) plaintiff's motion to amend the complaint and (3) the Further Case Management

STIPULATION AND ORDER                                    -1-

Conference, all of which are set for hearing June 3, 2010, shall be governed by the Federal Rules of Civil Procedure and applicable Local Rules and Standing Orders of this Court.

Dated: April ___, 2010

PAUL, HASTINGS,
JANOFSKY & WALKER

Dated: April ___, 2010

THE JAFFE LAW FIRM

By: _____/s/_____
           AMY C. HIRSH
      Attorneys for Defendant

By: _____/s/_____
           STEPHEN R. JAFFE
      Attorneys for Plaintiff

**ORDER**

The foregoing stipulation having been presented by the parties hereto and the Court, having considered the same and good cause appearing therefor,

IT IS ORDERED:

(1)   Plaintiff's motion to amend the complaint, presently set for hearing on May 13, 2010 at 2 PM **is submitted on the papers**.

(2)   The briefing schedule (1) for defendant's motion for summary judgment and/or summary adjudication, (2) plaintiff's motion to amend the complaint and (3) the Further Case Management Conference, all of which are set for hearing June 3, 2010,  shall be governed by the Federal Rules of Civil Procedure and applicable Local Rules and Standing Orders of this Court.

Dated: <u>April 30, 2010</u>

JUDGE OF THE UNITED STATES DISTRICT COURT