1  STEPHEN R. JAFFE (SB# 49539)
   KATHRYN S. LANDMAN (SB# 260465)
2  THE JAFFE LAW FIRM
   101 California Street, Suite 2450
3  San Francisco, CA  94111
   Telephone:  (415) 618-0100
4  Facsimile:  (415) 618-0080
   stephenjaffe@gmail.com
5
   Attorneys for Plaintiff
6  KIM MUNIZ

7
   KATHERINE C. HUIBONHOA (SB# 207648)
8  AMY C. HIRSH (SB# 246533)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
9  55 Second Street
   Twenty-Fourth Floor
10 San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
11 Facsimile:  (415) 856-7100
   kathyhuibonhoa@paulhastings.com
12 amyhirsh@paulhastings.com

13 Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                         OAKLAND DIVISION

18

19 KIM MUNIZ,                              CASE NO. CV-09-1987 CW

20              Plaintiff,                 **JOINT STIPULATION TO CONTINUE
                                           CASE MANAGEMENT DEADLINES;
21      vs.                                DECLARATION OF AMY C. HIRSH;
                                           ORDER (AS MODIFIED)**
22 UNITED PARCEL SERVICE, INC., a
   corporation and DOE 1 through DOE 20,
23 inclusive,

24              Defendant.

25

26

27

28

CASE NO. CV-09-1987 CW                          STIPULATION TO EXTEND EXPERT
                                                DISCOVERY DEADLINES AND PRETRIAL
LEGAL_US_W # 65020171.3                                         CONFERENCE

1    WHEREAS, on April 15, 2010, the parties stipulated to an order that Plaintiff Kim

2  Muniz submit to a mental examination to evaluate the source, nature, and extent of emotional

3  injuries alleged to have been sustained by Plaintiff;

4    WHEREAS the parties wish to mutually agree upon a date for Plaintiff's mental

5  examination;

6    WHEREAS Plaintiff filed a motion for leave to file a first amended complaint on

7  April 5, 2010, which the Court took under submission on the papers on April 29, 2010;

8    WHEREAS Defendant United Parcel Service, Inc. ("UPS") filed its summary

9  judgment motion on April 22, 2010;

10    WHEREAS the Court heard oral argument on UPS's summary judgment motion

11  on June 3, 2010, and took the motion under submission;

12    WHEREAS UPS has suggested dates in late May and June 3 or 4, 2010, to

13  Plaintiff's counsel for Plaintiff's mental examination, who has expressed his preference that (due

14  to Plaintiff's privacy concerns) Plaintiff not be required to submit to her medical examination

15  until the Court has ruled on UPS's summary judgment motion and Plaintiff's motion for leave to

16  file a first amended complaint;

17    WHEREAS UPS's counsel does not object to accommodating Plaintiff's request

18  but does not want to prejudice UPS in the process;

19    WHEREAS, the parties have agreed to enlarge the date for the expert witness

20  disclosures, there are a number of trial-related deadlines that require Court approval for their

21  modification;

22    WHEREAS the parties agree that in addition to extending the expert discovery

23  deadline, modifying the pretrial conference date (as well as corresponding pretrial conference

24  filing deadlines) will best serve the interests of justice by preserving the parties' interests in

25  preparing for trial while accommodating Plaintiff's request;

26    IT IS HEREBY STIPULATED by and between the parties hereto, through their

27  respective counsel, that:

28

1       1.      Subject to Court approval, the dates listed in the Minute Order and Case

2  Management Order be modified as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Identities and Reports of Expert Witnesses | July 1, 2010 | August 5, 2010 |
| Completion of Expert Discovery | July 30, 2010 | August 19, 2010 |
| Final Pretrial Conference | September 7, 2010 | September 14, 2010 |

        2.      Plaintiff will contact UPS by close of business on Friday, June 25, 2010, to

confirm whether she is able to attend her medical examination on July 8, 2010, or July 12, 2010.

If Plaintiff cannot attend the medical examination on July 8 or July 12, Plaintiff shall, in good

faith and in conjunction and cooperation with defense counsel, designate a new date on or before

June 30, 2010, on which she will attend the medical examination.


DATE:  June 22, 2010          KATHERINE C. HUIBONHOA
                              AMY C. HIRSH
                              PAUL, HASTINGS, JANOFSKY & WALKER LLP


                              By:_____/s/_____
                                                AMY C. HIRSH

                              Attorneys for Defendant
                              UNITED PARCEL SERVICE, INC.

DATE:  June 22, 2010          STEPHEN R. JAFFE


                              By:_____/s/_____
                                                STEPHEN R. JAFFE

                              Attorneys for Plaintiff
                              KIM MUNIZ

CASE NO. CV-09-1987 CW                    -2-           STIPULATION TO EXTEND EXPERT
                                                       DISCOVERY DEADLINES AND PRETRIAL
                                                       CONFERENCE

## DECLARATION OF AMY C. HIRSH

I, Amy C. Hirsh, declare:

1.       I am an attorney at law licensed to practice before the Courts of the State of California and before this Court.  I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendant United Parcel Service, Inc. ("UPS"). If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2.       On April 15, 2010, the Court ordered, pursuant to the parties' stipulation, that Plaintiff Kim Muniz to submit to a mental examination to evaluate the source, nature, and extent of any emotional injuries alleged to have been sustained by Plaintiff.

3.       On April 5, 2010, Plaintiff filed a motion for leave to file a first amended complaint, which the Court took under submission on the papers on April 29, 2010.

4.       UPS filed a motion for summary judgment on April 22, 2010.

5.       On June 3, 2010, the Court heard oral argument on UPS's motion for summary judgment, and took the motion under submission.

6.       Because the Court has not yet ruled on UPS's motion for summary judgment, UPS must move forward with trial preparations in light of upcoming expert discovery deadlines.

7.       I have attempted to schedule Plaintiff's medical examination on a mutually agreeable date and time in order to meet upcoming expert discovery deadlines and to allow for timely preparation of the pretrial conference statement.  I have asked for Plaintiff's availability in late May 2010, and have suggested June 3 or 4, 2010 as possible dates for Plaintiff's mental examination.

8.       Counsel for Plaintiff states that Plaintiff will not submit to a medical examination until the Court rules on UPS's summary judgment motion and Plaintiff's motion for leave to file a first amended complaint.

1            9.      Good cause exists to extend the expert discovery and pretrial conference

2  dates in this case because the parties agree that it would be helpful and efficient and would

3  promote the interests of judicial economy to delay expert discovery while the Court considers

4  UPS's motion for summary judgment.

5           I declare under penalty of perjury under the laws of the State of California and the

6  United States that the foregoing is true and correct.

7           Executed this 22nd day of June, 2010, at San Francisco, California.

8

9                                  _____

10                                   Amy C. Hirsh

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER (AS MODIFIED)**

Pursuant to stipulation, it is ordered that:

1.      The case management dates in this matter be continued as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Disclosure of Identities and Reports of Expert Witnesses | July 1, 2010 | August 5, 2010 |
| Completion of Expert Discovery | July 30, 2010 | August 19, 2010 |

2.      Plaintiff will contact UPS by close of business on Friday, June 25, 2010, to confirm whether she is able to attend her medical examination on July 8, 2010, or July 12, 2010. If Plaintiff cannot attend the medical examination on July 8 or July 12, Plaintiff shall, in good faith and in conjunction and cooperation with defense counsel, designate a new date on or before June 30, 2010, on which she will attend the medical examination.

IT IS SO ORDERED.

DATED: **6/23/2010**             By: _____
                                   HON. CLAUDIA WILKEN
                                   United States District Judge