1  ELENA R. BACA (SB# 160564)
   elenabaca@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
3  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
4  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
5
   KATHERINE C. HUIBONHOA (SB# 207648)
6  katherinehuibonhoa@paulhastings.com
   RYAN C. HESS (SB# 263079)
7  ryanhess@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  55 Second Street
   Twenty-Fourth Floor
9  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
10 Facsimile:  (415) 856-7100

11 Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
12
   STEPHEN R. JAFFE (SB# 49539)
13 stephenjaffe@gmail.com
   KATHRYN S. LANDMAN (SB# 260465)
14 THE JAFFE LAW FIRM
   101 California Street, Suite 2450
15 San Francisco, CA  94111
   Telephone:  (415) 618-0100
16 Facsimile:  (415) 618-0080

17 Attorneys for Plaintiff
   KIM MUNIZ

18
                    UNITED STATES DISTRICT COURT
19
                   NORTHERN DISTRICT OF CALIFORNIA
20
                          OAKLAND DIVISION
21

22 | KIM MUNIZ,                                | CASE NO. CV-09-1987 CW |
23 |                  Plaintiff,                | **JOINT STIPULATION TO (1) PERMIT PRIVATE MEDIATION; (2) CONTINUE DEADLINE TO FILE PRETRIAL MATERIALS; AND (3) CONTINUE PRETRIAL CONFERENCE; ORDER (AS MODIFIED)** |
24 |       vs.                                  | |
25 | UNITED PARCEL SERVICE, INC., a corporation and DOE 1 through DOE 20, | |
26 | inclusive,                                 | |
27 |                  Defendant.                | |

28

CASE NO. CV-09-1987 CW

STIP. TO PERMIT PRIVATE MEDIATION AND CONTINUE PRETRIAL FILINGS AND PRETRIAL CONF.; [PROPOSED] ORDER

1  WHEREAS, in the Court's July 16, 2010 Order Denying Plaintiff's Motion for
2  Leave to File an Amended Complaint and Granting in Part and Denying in Part Defendant's
3  Motion for Summary Judgment ("Summary Judgment Order"), Docket No. 56, at page 30, the
4  Court referred the parties to Magistrate Judge Donna Ryu for a settlement conference;

5  WHEREAS the parties have agreed that private mediation with a particular private
6  mediator, Mark Rudy, might be most productive;

7  WHEREAS the earliest date that the parties were able to schedule for the
8  mediation was August 27, 2010;

9  WHEREAS the parties have scheduled and confirmed the mediation with Mr.
10 Rudy for August 27, 2010;

11 WHEREAS the parties are currently scheduled to submit their pretrial filings on
12 August 24, 2010 (three days prior to the scheduled and confirmed mediation) pursuant to the
13 Court's Order for Pretrial Preparation section 3;

14 WHEREAS the parties are currently scheduled to appear for the pretrial
15 conference on September 7, 2010 pursuant to the Court's August 21, 2009, Minute Order;

16 WHEREAS submitting the pretrial conference materials on August 24, 2010
17 would require the parties to engage in significant pretrial preparation prior to the mediation,
18 which may fully resolve the case;

19 WHEREAS continuing the pretrial conference and the accompanying filing
20 deadlines for the pretrial filings until after the mediation would save significant resources should
21 the case be resolved at mediation;

22 WHEREAS the parties would have sufficient time to prepare, exchange, meet and
23 confer regarding, and file the various pretrial filings listed in section 3 of the Court's Order for
24 Pretrial Preparation (along with demonstratives) after the mediation if the pretrial conference was
25 continued to September 14, 2010, and the deadline to file the pretrial materials listed in section 3
26 of the Court's Order for Pretrial Preparation (along with demonstratives) was continued to
27 September 10, 2010;

28 WHEREAS the parties are available to attend a pretrial conference on September

CASE NO. CV-09-1987 CW

STIP. TO PERMIT PRIVATE MEDIATION;
CONTINUE PRETRIAL FILING DEADLINE;
AND CONTINUE PRETRIAL CONFERENCE

1  14, 2010 at 2:00 pm;

2      IT IS HEREBY STIPULATED by and between the parties hereto, through their

3  respective counsel, and subject to Court approval, that:

4      1. The parties proceed through private mediation, rather than conducting an

5  additional settlement conference before Magistrate Judge Ryu;

6      2. The deadline to file the pretrial conference materials described in the

7  Court's Order for Pretrial Preparation section 3, along with potential demonstratives, be

8  continued from August 24, 2010 to September 10, 2010; and

9      3. The pretrial conference set for September 7, 2010 pursuant to the Court's

10  August 21, 2009 Minute Order be continued until September 14, 2010.

12  DATED: August 4, 2010    PAUL, HASTINGS, JANOFSKY & WALKER LLP

14      By: _____/s/ Ryan C. Hess_____
15          RYAN C. HESS

16  Attorneys for Defendant
    UNITED PARCEL SERVICE, INC.

17  DATED: August 4, 2010    THE JAFFE LAW FIRM

19      By: _____/s/ Stephen R. Jaffe_____
20          STEPHEN R. JAFFE

21  Attorneys for Plaintiff
    KIM MUNIZ

**ORDER**

Pursuant to the parties' August 4, 2010 stipulation, and good cause appearing, it is ordered that:

1. The parties may proceed through private mediation, rather than conducting an additional settlement conference before Magistrate Judge Ryu;

2. The deadlines to file the pretrial conference materials listed in the Court's Order for Pretrial Preparation section 3, along with potential demonstratives, be continued from August 24, 2010 to September 10, 2010 **at noon**;

3. The pretrial conference set by the Court's August 21, 2009 Minute Order for September 7, 2010 at 2:00 p.m. be continued until September 14, 2010 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 8/5/2010

_____
HON. CLAUDIA WILKEN
Judge, U.S. District Court