IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIM MUNIZ,

    Plaintiff,

    v.

UNITED PARCEL SERVICE,

    Defendant.
_____/

No. 09-1987 CW

VERDICT FORM

We, the jury, in the above-entitled action, find the following verdict on the following questions submitted to us:

**GENDER DISCRIMINATION**

1. (a) Did Plaintiff Kim Muniz prove by a preponderance of the evidence that her gender was a motivating reason for Defendant United Parcel Service (UPS) to deny her a stock bonus in 2008?

    Yes ____   No ____

If you answered "Yes" to this question, then answer question 1(b). If you answered "No," proceed to question 2.

(b) Did Ms. Muniz prove by a preponderance of the evidence that UPS's decision to deny her a stock bonus in 2008 was a substantial factor in causing her harm?

    Yes ____   No ____

If you answered "Yes" to this question, then answer question 1(c). If you answered "No," proceed to question 2.

(c) Did UPS prove by a preponderance of the evidence that, even if the denial of a stock bonus to Ms. Muniz was motivated by both discriminatory and non-discriminatory reasons, it would have taken the same action for a non-discriminatory reason?

      Yes _____      No _____

2. (a) Did Ms. Muniz prove by a preponderance of the evidence that her gender was a motivating reason for UPS to place her on a performance improvement plan in 2008?

      Yes _____      No _____

If you answered "Yes" to this question, then answer question 2(b). If you answered "No," proceed to question 3.

(b) Did Ms. Muniz prove by a preponderance of the evidence that UPS's decision to place her on a performance improvement plan in 2008 was a substantial factor in causing her harm?

      Yes _____      No _____

If you answered "Yes" to this question, then answer question 2(c). If you answered "No," proceed to question 3.

(c) Did UPS prove by a preponderance of the evidence that, even if the placement of Ms. Muniz on a performance improvement plan was motivated by both discriminatory and non-discriminatory reasons, it would have taken the same action for a non-discriminatory reason?

      Yes _____      No _____

2

3.  (a) Did Ms. Muniz prove by a preponderance of the evidence that her gender was a motivating reason for UPS to demote her?

    Yes \_\_\_\_    No \_\_\_\_

    If you answered "Yes" to this question, then answer question 3(b).  If you answered "No," proceed to question 4.

    (b) Did Ms. Muniz prove by a preponderance of the evidence that UPS's decision to demote her was a substantial factor in causing her harm?

    Yes \_\_\_\_    No \_\_\_\_

    If you answered "Yes" to this question, then answer question 3(c).  If you answered "No," proceed to question 4.

    (c) Did UPS prove by a preponderance of the evidence that, even if the demotion of Ms. Muniz was motivated by both discriminatory and non-discriminatory reasons, it would have taken the same action for a non-discriminatory reason?

    Yes \_\_\_\_    No \_\_\_\_

**DAMAGES**

4.  Answer question 4 only if, for at least one of questions 1-3, you answered "Yes" to (a), "Yes" to (b) and "No" to (c).  Otherwise, please sign, date and return this form.

State the full amount of money that you decide is reasonable to compensate Ms. Muniz for the damages she suffered as a result of the adverse employment action or actions you found to be motivated

3

by her gender, to be a substantial factor in causing her harm and would not have been taken for a non-discriminatory reason.

    (a)  Past Economic Loss

        Earnings:    $_____

        Medical expenses:    $_____

    (b)  Future Economic Loss (reduced to present value)

        Earnings:    $_____

        Medical expenses:    $_____

    (c)  Past non-economic loss, including mental suffering, loss of enjoyment of life, inconvenience, grief, anxiety, humiliation and emotional distress:

        $_____

    (d)  Future non-economic loss, including mental suffering, loss of enjoyment of life, inconvenience, grief, anxiety, humiliation and emotional distress:

        $_____

Please have the presiding juror sign, date and return this form.

Signed:_____   Date: _____
    Presiding Juror