Stephen R. Jaffe    SBN 49539
The Jaffe Law Firm
101 California Street
Suite 2450
San Francisco, CA 94111
415-618-0100
stephenrjaffe@gmail.com

Attorney for Plaintiff KIM MUNIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM MUNIZ,<br>             Plaintiff,<br>vs.<br>UNITED PARCEL SERVICE, INC.,<br>             Defendant. | Case No. C-09-01987-CW<br><br>ORDER GRANTING PERMISSION TO ENTER FEDERAL COURTHOUSE BUILDING WITH FOOD AND BEVERAGES |

TO:    UNITED STATES MARSHAL SERVICE:

IT IS ORDERED that the jurors, alternate jurors, parties, attorneys and attorneys' staff in the above-entitled case, presently in trial in Courtroom 2 of the United States District Courthouse located at 1301 Clay Street, Oakland, California 94612, shall be permitted to bring food, candy and beverages into the Courthouse during the pendency of the trial.

The parties to the trial are KIM MUNIZ and UNITED PARCEL SERVICE (represented by Brian Davis).  The law firms representing the parties are THE JAFFE LAW FIRM (Stephen R. Jaffe, Daniel A Zaheer and Susan D. Jaffe) and PAUL HASTINGS JANOFSKY & WALKER LLP (Elena Baca and Ryan Hess)

Dated: 9/21/2010

*Claudia Wilken* (signature)

CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE

ORDER RE FOOD AND BEVERAGES                    -1-