| | |
|---|---|
| 1 | ELENA R. BACA (SB# 160564) |
|   | elenabaca@paulhastings.com |
| 2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 515 South Flower Street |
| 3 | Twenty-Fifth Floor |
|   | Los Angeles, CA  90071-2228 |
| 4 | Telephone:  (213) 683-6000 |
|   | Facsimile:  (213) 627-0705 |
| 5 | |
|   | KATHERINE C. HUIBONHOA (SB# 207648) |
| 6 | katherinehuibonhoa@paulhastings.com |
|   | RYAN C. HESS (SB# 263079) |
| 7 | ryanhess@paulhastings.com |
|   | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 8 | 55 Second Street |
|   | Twenty-Fourth Floor |
| 9 | San Francisco, CA  94105-3441 |
|   | Telephone:  (415) 856-7000 |
| 10 | Facsimile:  (415) 856-7100 |
| 11 | Attorneys for Defendant |
|    | UNITED PARCEL SERVICE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM MUNIZ, | CASE NO. CV-09-1987 CW |
| Plaintiff, | **ORDER GRANTING UNITED PARCEL SERVICE, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| vs. | |
| UNITED PARCEL SERVICE, INC., a corporation and DOE 1 through DOE 20, inclusive, | |
| Defendants. | Date:   September 22, 2010<br>Time:   8:30 a.m.<br>Ctrm:   2<br>Judge:  Hon. Claudia Wilken |

CASE NO. CV-09-1987 CW

[~~PROPOSED~~] ORDER GRANTING MOTION TO FILE DOCUMENT UNDER SEAL

1    Defendant United Parcel Service, Inc. has moved this Court for permission to file
2 an unredacted version of the Declaration of Mary Gill in Support of UPS's Motion for Testimony
3 by Video Conference pursuant to Fed. R. Civ. P. 43(a) under seal, and offers the Declaration of
4 Katherine C. Huibonhoa in support of its request.

5    Defendant's Administrative Motion To File Document Under Seal is GRANTED
6 because Defendant has established that the portions of the Gill Declaration it seeks to file under
7 seal contain private, privileged or protected information entitled to protection under the law; and
8 the request to seal is narrowly tailored to seek sealing only sealable material.  *See* N.D. Cal. Civ.
9 L. R. 79-5.

10    IT IS SO ORDERED.

       _____
       CLAUDIA WILKEN
       U.S. DISTRICT COURT JUDGE

LEGAL_US_W # 65819539.1