1  ELENA R. BACA (SB# 160564)
   elenabaca@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
3  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
4  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
5
   KATHERINE C. HUIBONHOA (SB# 207648)
6  katherinehuibonhoa@paulhastings.com
   RYAN C. HESS (SB# 263079)
7  ryanhess@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  55 Second Street
   Twenty-Fourth Floor
9  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
10 Facsimile:  (415) 856-7100

11 Attorneys for Defendant
   UNITED PARCEL SERVICE INC.
12

13                       UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15                              OAKLAND DIVISION

16

17 | KIM MUNIZ,                              | CASE NO. CV-09-1987 CW
18 |           Plaintiff,                    | **UNITED PARCEL SERVICE, INC.'S MOTION AND ORDER FOR TESTIMONY**
19 |    vs.                                  | **BY VIDEO CONFERENCE OF MARY GILL PURSUANT TO FED. R. CIV. P.**
20 | UNITED PARCEL SERVICE, INC., a          | **43(a)**
   | corporation and DOE 1 through DOE 20,   |
21 | inclusive,                              |
                                             | Date:    September 22, 2010
22 |           Defendants.                   | Time:    8:30 a.m.
                                             | Ctrm:    2
23                                           | Judge:   Hon. Claudia Wilken

24

25

26

27

28

CASE NO. CV-09-1987 CW                                UPS'S MOT. AND [PROPOSED] ORDER
                                                      FOR TESTIMONY BY VIDEO CONF.

1  TO THE HONORABLE JUDGE WILKEN, PLAINTIFF KIM MUNIZ AND HER
2  ATTORNEYS OF RECORD STEPHEN R. JAFFE AND THE LAW OFFICES OF STEPHEN
3  R. JAFFE AND DANIEL ZAHEER AND KERR & WAGSTAFFE:

4        Pursuant to Federal Rules of Civil Procedure 43(a), defendant United Parcel
5  Service, Inc. ("UPS") moves this Court for an order permitting witness Mary Gill to testify at the
6  trial in this matter in open court by contemporaneous video transmission from Atlanta, Georgia.
7  The Court has discretion to grant this request for "good cause in compelling circumstances . . . ."
8  Fed. R. Civ. P. 43(a).[1]  The decision of the Court lies within its sound discretion, and is subject to
9  review under an abuse of discretion standard.  *Palmer v. Valdez*, 560 F.3d 965, 968-69 (9th Cir.
10 2009).  Such good cause exists here for several reasons, as UPS explains below.

11       Ms. Gill currently resides out of state in Atlanta, Georgia.  (Declaration of Mary
12 Gill ("Gill Decl.") ¶ 3.)  She is caring for her husband who is undergoing diagnosis and treatment
13 for serious illness, as set forth in the Declaration of Mary Gill UPS is seeking to file with the
14 Court under seal pursuant to Civil Local Rules 7-11 and 79-5.  (*Id.* ¶¶ 4-5.)  Ms. Gill is the
15 primary caregiver for her husband who, in his current medical condition, cannot be left on his
16 own and requires her personal care and close supervision.  (*Id.* ¶ 6.)

17       Furthermore, Ms. Gill is experiencing some medical issues of her own, which she
18 only learned of this Monday, September 20, 2010 in the afternoon.  (Gill Decl. ¶ 7.)  Ms. Gill is in
19 the process of coordinating with medical care providers to obtain immediate care for her
20 condition.  (*Id.*)

21       This record presents good cause for this Court to permit Ms. Gill to testify by
22 video conference, as she is unable to travel to testify in person for reasons that were not
23 foreseeable and have only recently arisen.  As the Advisory Committee Notes to the 1996

---

[1] In its entirety, Fed. R. Civ. P. 43(a) reads:

> At trial, the witnesses' testimony must be taken in open court unless a federal statute, the Federal Rules of Evidence, these rules, or other rules adopted by the Supreme Court provide otherwise.  For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location.

CASE NO. CV-09-1987 CW                  1              UPS'S MOT. AND [~~PROPOSED~~] ORDER
                                                                               FOR TESTIMONY BY VIDEO CONF.

1  Amendments to Fed. R. Civ. P. 43 explain: "The most persuasive showings of good cause and
2  compelling circumstances are likely to arise when a witness is unable to attend trial for
3  unexpected reasons, such as accident or illness, but remains able to testify from a different place."
4  This is precisely the case here. Indeed, the fact that Ms. Gill resides out of state in and of itself
5  may constitute good cause in compelling circumstances for the contemporaneous transmission of
6  her testimony from a different location. *See Beltran-Tirado v. INS*, 213 F.3d 1179, 1186 (9th Cir.
7  2000).

8  Finally, UPS notes that it is requesting the Court to permit Ms. Gill's testimony by
9  video conference. While Fed. R. Civ. P. 43 does not specify any means of testimony
10 transmission, the Advisory Committee Notes expressly state a preference for video transmission.
11 Fed. R. Civ. P. 43 Advisory Committee Notes to 1996 Amendments ("Video transmission
12 ordinarily should be preferred when the cost is reasonable in relation to the matters in dispute, the
13 means of the parties, and the circumstances that justify transmission.").

14 UPS could not have foreseen, and would not under any scenario have welcomed,
15 Ms. Gill's present circumstances. But given the current situation, UPS respectfully requests that
16 the Court exercise its discretion under Fed. R. Civ. P. 43 to allow Ms. Gill to testify at the trial in
17 this matter by contemporaneous video transmission from Atlanta, Georgia.

DATED: September 22, 2010.          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                    By:        */s/ Elena R. Baca*
                                           ELENA R. BACA

                                    Attorneys for Defendant
                                    UNITED PARCEL SERVICE, INC.

CASE NO. CV-09-1987 CW          -2-          UPS'S MOT. AND [PROPOSED] ORDER
                                             FOR TESTIMONY BY VIDEO CONF.

1  **<u>ORDER</u>**

3  Pursuant to Federal Rules of Civil Procedure 43(a), and good cause in compelling circumstances appearing, UPS's request to permit witness Mary Gill to testify at the trial in the matter in open court by contemporaneous video transmission from Atlanta, Georgia, is hereby GRANTED.

8  IT IS SO ORDERED.

10  DATED:  SEPTEMBER 28, 2010.

_____
HONORABLE CLAUDIA WILKEN
Judge, United States District Court

LEGAL_US_W # 65815876.3