1 | ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
3 | Twenty-Fifth Floor
Los Angeles, CA 90071-2228
4 | Telephone: (213) 683-6000
Facsimile: (213) 627-0705
5 |
KATHERINE C. HUIBONHOA (SB# 207648)
6 | katherinehuibonhoa@paulhastings.com
RYAN C. HESS (SB# 263079)
7 | ryanhess@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
8 | 55 Second Street
Twenty-Fourth Floor
9 | San Francisco, CA 94105-3441
Telephone: (415) 856-7000
10 | Facsimile: (415) 856-7100

11 | Attorneys for Defendant
UNITED PARCEL SERVICE INC.
12 |

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15 | OAKLAND DIVISION

17 | KIM MUNIZ,                              CASE NO. CV-09-1987 CW

18 |         Plaintiff,                     **ORDER GRANTING UNITED PARCEL SERVICE, INC.'S ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

19 |    vs.

20 | UNITED PARCEL SERVICE, INC., a
corporation and DOE 1 through DOE 20,
21 | inclusive,
                                            Date:    September 20, 2010
22 |         Defendants.                    Time:    8:30 a.m.
                                            Dept.:   Courtroom. 2
23 |                                         Judge:   Hon. Claudia Wilken

CASE NO. CV-09-1987 CW                      [PROPOSED] ORDER GRANTING MOTION
                                            TO FILE EXHIBITS UNDER SEAL

1  Defendant United Parcel Service, Inc. ("UPS") has moved this Court for
2  permission to file unredacted versions of Exhibits A and B of UPS's Proposed Jury Instruction
3  Regarding Litigation Stress under seal, and offers the Declaration of Elena R. Baca in support of
4  its request.
5  Defendant's Administrative Motion To File Exhibits Under Seal is GRANTED
6  because Defendant has established that the portions of the exhibits it seeks to file under seal
7  contain private, privileged or protected information entitled to protection under the law; and the
8  request to seal is narrowly tailored to seek sealing only sealable material.  *See* N.D. Cal. Civ. L.
9  R. 79-5.
10  IT IS SO ORDERED.

DATED:  October 5, 2010

_____
CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE

LEGAL_US_W # 65819539.1

CASE NO. CV-09-1987 CW                    -2-                    [~~PROPOSED~~] ORDER GRANTING MOTION
                                                                 TO FILE EXHIBITS UNDER SEAL