Stephen R. Jaffe     CSBN 49539
The Jaffe Law Firm
101 California Street, Suite 2450
San Francisco, CA 94111
415-618-0100 voice
415-618-0080
Email: stephenrjaffe@gmail.com

Attorney for Plaintiff KIM MUNIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **KIM MUNIZ**, <br> Plaintiff, <br> vs. <br> **UNITED PARCEL SERVICE, INC.**, <br> Defendant. | Case No. **C-09-01987-CW** <br><br> **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE MOTIONS FOR AWARD OF STATUTORY ATTORNEY FEES AND COSTS [Local Rule 6-3]** |

Plaintiff's administrative motion for an order granting plaintiff a 60 day extension of time to file motions for an award of statutory attorney fees and costs [Local Rule 6-3] and the opposition thereto filed by defendant having been considered by the Court,

IT IS ORDERED that plaintiff's administrative motion for an order granting plaintiff a 60 day extension of time to file motions for an award of statutory attorney fees and costs is GRANTED;

Plaintiff shall have until December 28, 2010 to file motions for an award of statutory attorney fees and an award of litigation costs allowed by law.

Dated: 10/28/2010

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

ORDER GRANTING MOTION TO EXTEND TIME TO FILE FEE APPLICATION    1