IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MUNIZ,

       Plaintiff,

  v.

UNITED PARCEL SERVICE, INC.,

       Defendant.
                                   /

No. C 09-01987 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion to Compel Documents Reflecting Defense Counsel's Fees and Costs and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  Hearing date previously scheduled before Judge Wilken on December 3, 2010 at 2:00 p.m. is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated:  11/2/2010

                                          CLAUDIA WILKEN
                                          United States District Judge

cc: Sue; Assigned M/J w/mo.