**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

KIM MUNIZ,

          Plaintiff,

     v.

UNITED PARCEL SERVICE, INC.,

          Defendant.
_____/

No. C 09-01987 CW

ORDER GRANTING
PLAINTIFF'S MOTION
TO CONTINUE HEARING
ON UPS'S MOTION FOR
ATTORNEYS' FEES AND
COSTS AND DENYING
UPS'S MOTION TO
STRIKE PLAINTIFF'S
REPLY
(Docket Nos. 155 and
159)

17

18          Plaintiff Kim Muniz moves to continue the December 2, 2010

19 hearing on Defendant United Parcel Service's motion for attorneys'

20 fees and costs.  She maintains that, to oppose UPS's motion, she

21 requires documents at issue in a motion to compel currently before

22 Magistrate Judge Donna Ryu.  Judge Ryu is set to hear Plaintiff's

23 motion to compel on December 9, 2010.  UPS opposes Plaintiff's

24 motion to continue and moves to strike the reply brief she filed in

25 support of it.

26          Having considered the papers submitted by the parties, the

27 Court GRANTS Plaintiff's motion.  (Docket No. 155.)  Plaintiff

28 shall file her opposition to UPS's motion for attorneys' fees and

1   costs by January 13, 2011.  Any reply, if necessary, shall be due

2   January 20, 2011.  UPS's motion for attorneys' fees and costs will

3   be taken under submission on the papers.

4        UPS's motion to strike Plaintiff's reply is DENIED.  (Docket

5   No. 159.)

6        IT IS SO ORDERED.

7

8   Dated:   11/10/10

    *Claudia Wilken*

    CLAUDIA WILKEN
9   United States District Judge