1  ELENA R. BACA (SB# 160564)
   elenabaca@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
3  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
4  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
5
   KATHERINE C. HUIBONHOA (SB# 207648)
6  katherinehuibonhoa@paulhastings.com
   RYAN C. HESS (SB# 263079)
7  ryanhess@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  55 Second Street
   Twenty-Fourth Floor
9  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
10 Facsimile:  (415) 856-7100

11 Attorneys for Defendant
   UNITED PARCEL SERVICE INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16

17 | KIM MUNIZ, | CASE NO. CV-09-1987 CW |
   |---|---|
18 | Plaintiff, | **ORDER GRANTING UNITED PARCEL SERVICE, INC.'S ADMINISTRATIVE MOTION TO CONTINUE HEARING ON PLAINTIFF KIM MUNIZ'S MOTION FOR ATTORNEYS' FEES** |
19 | vs. | |
20 | UNITED PARCEL SERVICE, INC., a corporation and DOE 1 through DOE 20, inclusive, | |
21 | | |
22 | Defendants. | |

---

CASE NO. CV-09-1987 CW                    [PROPOSED] ORDER GRANTING UPS'S. MOTION TO
                                          CONT. HRG ON PLTF'S MOTION FOR ATTYS' FEES

1  Having carefully considered Defendant United Parcel Service, Inc.'s ("UPS")
2  Administrative Motion to Continue Hearing on Plaintiff Kim Muniz's Motion for Attorneys'
3  Fees, and any opposition thereto, the Court hereby GRANTS UPS's Motion for good cause and
4  continues the hearing on Plaintiff Kim Muniz's Motion for Attorney's Fees and Costs (Docket
5  No. 18**4**) to **3/3/2011**.

IT IS SO ORDERED.

DATED:  **1/3/2011**

_____
CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE

LEGAL_US_W # 66805675.1