IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIM MUNIZ,

        Plaintiff,

  v.

UNITED PARCEL SERVICE, INC.,

        Defendant.
                              /

No. C 09-01987 CW

ORDER STRIKING DEFENDANT'S OBJECTIONS TO DECLARATIONS FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

    On February 10, 2011, Defendant United Parcel Service (UPS) filed six briefs containing objections to evidence Plaintiff Kim Muniz filed in support of her motion for attorneys' fees. Civil L.R. 7-3(a) requires that any objections to evidence filed in support of a motion be contained within the opposition brief to that motion. Accordingly, the Court <u>sua sponte</u> STRIKES Docket Nos. 260-265 from the record.

    IT IS SO ORDERED.

Dated: February 10, 2011

CLAUDIA WILKEN
United States District Judge