Stephen R. Jaffe     CSBN 49539
THE JAFFE LAW FIRM
101 California Street, Suite 2450
San Francisco, CA 94111
415-618-0100 voice
415-618-0080 fax
stephenrjaffe@gmail.com

Daniel A. Zaheer     CSBN 237118
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
415-371-8500 voice
415-371-0500 fax
zaheer@kerrwagstaffe.com

Attorneys for Plaintiff KIM MUNIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM MUNIZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED PARCEL SERVICE, INC., a corporation and DOE 1 thorough DOE 20, inclusive,<br><br>　　　　　Defendants. | Case No. CV 09 01987 CW<br><br>STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR FURTHER SUBMISSIONS ON PLAINTIFF'S MOTION FOR ATTORNEY FEES |

STIPULATION AND ORDER               -1-

The parties to this action hereby make the following stipulation with regard to the following facts:

1. Plaintiff has made a motion to the court for an award of statutory attorney fees which motion is presently pending before the Court;

2. On March 25, 2011, the Court made its "ORDER ALLOWING FURTHER SUBMISSIONS ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES ("Order")," which Order is Document 278 on the Court's Docket for this action;

3. Because of prior commitments relating to other civil actions not related to this case and the substantial amount of time needed to complete the tasks set forth in the Order, plaintiff requires additional time to file her further submissions.

THEREFORE, THE PARTIES STIPULATE AS FOLLOW:

A. Plaintiff may have through and including April 20, 2011 to file any further submission permitted to be filed by the Court's Order of March 25, 2011;

B. Within nineteen days after Plaintiff files her further submissions, Defendant may file a brief, not to exceed ten pages, containing its objections, if any, to Plaintiff's further submissions.

C. Within ten days after Defendant files its objections, if any, Plaintiff may file a reply brief, not to exceed ten pages.

STIPULATION AND ORDER                -2-

IT IS SO STIPULATED:

THE JAFFE LAW FIRM                          PAUL HASTINGS JANOFSKY &
                                            WALKER

By: _____/S/_____                 By: _____/S/_____
       Stephen R. Jaffe                            Katherine Huibonhoa
    Attorney for Plaintiff KIM MUNIZ        Attorney for Defendant UNITED
                                            PARCEL SERVICE, INC.

Dated: March 30, 2011                       Dated: March 30, 2011

ORDER

The foregoing stipulation having been presented by the parties and good cause appearing therfor,

IT IS ORDERED:

A. Plaintiff may have through and including April 20, 2011 to file any further submission permitted to be filed by the Court's Order of March 25, 2011;

B. Within nineteen days after Plaintiff files her further submissions, Defendant may file a brief, not to exceed ten pages, containing its objections, if any, to Plaintiff's further submissions.

C. Within ten days after Defendant files its objections, if any, Plaintiff may file a reply brief, not to exceed ten pages.

Dated: **4/5/2011**

JUDGE OF THE UNITED STATES DISTRICT COURT