Stephen R. Jaffe    CSBN 49539
THE JAFFE LAW FIRM
101 California Street, Suite 2450
San Francisco, CA 94111
415-618-0100 voice
415-618-0080 fax
stephenrjaffe@gmail.com

Daniel A. Zaheer    CSBN 237118
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
415-371-8500 voice
415-371-0500 fax
zaheer@kerrwagstaffe.com

Attorneys for Plaintiff KIM MUNIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM MUNIZ, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNITED PARCEL SERVICE, INC., a corporation and DOE 1 thorough DOE 20, inclusive,<br><br>             Defendants. | Case No.  CV 09 01987 CW<br><br>SECOND STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR FURTHER SUBMISSIONS ON PLAINTIFF'S MOTION FOR ATTORNEY FEES |

STIPULATION AND ORDER                           -1-

The parties to this action hereby make the following stipulation with regard to the following facts:

1. Plaintiff has made a motion to the court for an award of statutory attorney fees which motion is presently pending before the Court;

2. On March 25, 2011, the Court made its "ORDER ALLOWING FURTHER SUBMISSIONS ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES ("Order")," which Order is Document 278 on the Court's Docket for this action;

3. On April 6, 2011, the Court previously approved a stipulation extending the time for plaintiff to file additional specific papers relating to plaintiff's motion for attorneys' fees.

3. Because of the illness of plaintiff's counsel and the substantial amount of time needed to complete the tasks set forth in the Order, plaintiff requires additional time to file her further submissions.

THEREFORE, THE PARTIES STIPULATE AS FOLLOW:

A. Plaintiff may have through and including April 25, 2011 to file any further submission permitted to be filed by the Court's Order of March 25, 2011;

B. On or before May 17, 2011, Defendant may file a brief, not to exceed ten pages, containing its objections, if any, to Plaintiff's further submissions.

STIPULATION AND ORDER                               -2-

C.  On or before May 27, 2011, Plaintiff may file a reply brief, not to exceed ten pages.

IT IS SO STIPULATED:

| THE JAFFE LAW FIRM | PAUL HASTINGS JANOFSKY & WALKER |
|---|---|
| By: /S/<br>Stephen R. Jaffe<br>Attorney for Plaintiff KIM MUNIZ | By: /S/<br>Katherine Huibonhoa<br>Attorney for Defendant UNITED PARCEL SERVICE, INC. |
| Dated: April 18, 2011 | Dated: April 18, 2011 |

STIPULATION AND ORDER                -3-

ORDER

The foregoing stipulation having been presented by the parties and good cause appearing therfor,

IT IS ORDERED:

A. Plaintiff may have through and including April 25, 2011 to file any further submission permitted to be filed by the Court's Order of March 25, 2011;

B. On or before May 17, 2011, Defendant may file a brief, not to exceed ten pages, containing its objections, if any, to Plaintiff's further submissions.

C. On or before May 27, 2011 Plaintiff may file a reply brief, not to exceed ten pages.

Dated: 4/19/2011

_____
JUDGE OF THE UNITED STATES DISTRICT COURT