IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MUNIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC., a corporation and DOE 1 through DOE 20, inclusive,<br><br>    Defendant.<br>_____/ | No. C 09-1987 CW<br><br>ORDER GRANTING MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND TO STAY ENFORCEMENT, PENDING APPEAL, OF AWARD OF ATTORNEYS' FEES AND NON-STATUTORY COSTS TO PLAINTIFF KIM MUNIZ<br>(Docket No. 297) |

   On October 4, 2011, Defendant United Parcel Service, Inc. filed a Motion for Approval of Supersedeas Bond and to Stay Enforcement, Pending Appeal, of Award of Attorneys' Fees and Non-Statutory Costs to Plaintiff Kim Muniz.  On October 6, 2011, this Court took the motion under submission on the papers.  On October 18, 2011, Plaintiff Kim Muniz filed a Statement of Non-Opposition to this motion.

   The Court, having read and considered all of the papers submitted on this motion and the entire record in this action, hereby GRANTS Defendant's motion and ORDERS as follows:

      1.   That the supersedeas bond Defendant United Parcel Service, Inc., posted on October 4, 2011, for $1,500,000, is sufficient to cover the $697,971.80 judgment for attorneys' fees and non-statutory costs (plus any applicable interest) awarded to Plaintiff Kim Muniz on August 23, 2011 (Docket No. 292) (the "Attorneys' Fees Award").

2. That, based on the Court's approval of the <u>supersedeas</u> bond, the Court stays the enforcement of the Attorneys' Fees Award pursuant to Federal Rule of Civil Procedure 62(d).

3. That the stay is effective as of this date and shall remain in effect during the pendency of the appeal of the Attorneys' Fees Award (Ninth Circuit Docket No. 11-17282).

IT IS SO ORDERED.

Dated: **11/2/2011**

CLAUDIA WILKEN
United States District Judge