IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM MUNIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC., a corporation and DOE 1 through DOE 20, inclusive,<br><br>    Defendant.<br>_____/ | No. C 09-1987 CW<br><br>ORDER SETTING BRIEFING SCHEDULE |

Following a jury verdict in Plaintiff Kim Muniz's favor, Defendant United Parcel Service, Inc. timely appealed the Court's order awarding Plaintiff $697,971.80 in attorneys' fees under California's Fair Employment and Housing Act.[1] On December 5, 2014, the Ninth Circuit affirmed in part and vacated in part the fee award. Docket No. 313. Specifically, the Ninth Circuit vacated the Court's award of $55,286 in fees for work performed by paralegal Susan Jaffe, holding that the award of the paralegal fees was based upon impermissible hearsay.

---

[1] Both parties filed appeals of other issues, which were resolved by stipulation. See Docket Nos. 295, 300, 311.

> The Ninth Circuit remanded the case to this Court
>
> 1) to reconsider an award of fees to Susan Jaffee for paralegal work on behalf of Muniz and to determine, in the first instance, whether any hearsay exception applies to [Stephen] Jaffe's declaration regarding fees for paralegal work in this case and 2) to determine an award to Muniz for reasonable attorney fees and costs incurred in defending [the] appeal.

Docket No. 313 at 22-23.  Accordingly, the parties are directed to submit briefs addressing any admissible evidence in the record to support Ms. Jaffe's fees and whether any hearsay exception applies to Mr. Jaffe's declaration regarding Ms. Jaffee's fees.  In addition, the parties' briefs should address the reasonable amount of fees to be awarded to Muniz incurred in defending the appeal. Plaintiff shall file a brief, not to exceed fifteen pages, by January 16, 2014.  Defendant shall file a responsive brief, also not to exceed fifteen pages, by January 30, 2014.  Plaintiff may file a reply brief by February 6, 2014.  The matter shall be taken under submission and decided on the papers.

IT IS SO ORDERED.

Dated: 12/31/2013

CLAUDIA WILKEN
United States District Judge