1  STEPHEN R. JAFFE (CA #49539)
   THE JAFFE LAW FIRM
2  150 California Street, 21st Floor
   San Francisco, CA 94111
3  Telephone: (415) 618-0100
   Facsimile: (415) 618-0080
4
   DANIEL A. ZAHEER (CA #237118)
5  KERR & WAGSTAFFE LLP
   100 Spear Street, Suite 1800
6  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
7  Facsimile: (415) 371-0500

8  Attorneys for Plaintiff
   KIM MUNIZ
9
   ELENA R. BACA (SB# 160564)            KATHERINE C. HUIBONHOA (SB# 207648)
10 elenabaca@paulhastings.com             katherinehuibonhoa@paulhastings.com
   PAUL HASTINGS LLP                      RYAN C. HESS (SB# 263079)
11 515 South Flower Street                ryanhess@paulhastings.com
   Twenty-Fifth Floor                     PAUL HASTINGS LLP
12 Los Angeles, CA 90071-2228             55 Second Street
   Telephone: (213) 683-6000              Twenty-Fourth Floor
13 Facsimile: (213) 627-0705              San Francisco, CA 94105-3441
                                          Telephone: ( 415) 856-7000
14                                        Facsimile: ( 415) 856-7100

15 Attorneys for Defendant                Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.            UNITED PARCEL SERVICE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM MUNIZ, | Case No. C-09-01987 CW |
| Plaintiff, | **STIPULATION REGARDING SATISFACTION OF JUDGMENT AND ORDER** |
| vs. | |
| UNITED PARCEL SERVICE, INC., a corporation and DOES 1 though 20, inclusive, | Judge: Hon. Claudia Wilken |
| Defendants. | |

1     WHEREAS defendant United Parcel Service, Inc. ("UPS") previously satisfied the Court's Amended Judgment (Docket No. 293), which entitled plaintiff to damages and statutory costs;

    WHEREAS this Court awarded $697,971.80 in attorneys' fees and non-statutory costs to plaintiff on August 23, 2011 (Docket No. 292) (the "Attorneys' Fees Award");

    WHEREAS UPS and plaintiff appealed the Attorneys' Fees Award (Ninth Circuit Nos. 11-17282 and 11-17383, respectively) (collectively, the "Ninth Circuit Appeals");

    WHEREAS, on December 5, 2013, the Ninth Circuit affirmed the Attorneys' Fees Award in part and reversed it in part;

    WHEREAS the Ninth Circuit remanded this action for further proceedings concerning the fees of paralegal Susan Jaffe as well as for an award of attorneys' fees to plaintiff regarding the appeal; and

    WHEREAS the parties have reached a confidential settlement to resolve all remaining issues in this action, including any and all claims plaintiff and her counsel may have for attorneys' fees, costs, and interest thereon related to this action and the Ninth Circuit Appeals;

    THEREFORE, the parties, by and through their counsel of record, stipulate as follows:

1.     UPS's timely payment of the monetary amounts agreed to in the parties' confidential settlement agreement shall constitute a full and complete satisfaction of all attorneys' fees, costs, and interest thereon awarded or awardable to plaintiff and her counsel in connection with this action and the Ninth Circuit Appeals;

2.     Filing of this stipulation shall constitute a representation that the funds have been paid; and

3.     Filing of this stipulation shall be sufficient to release UPS's *supersedeas* bond previously approved by the Court.

    IT IS SO STIPULATED.

Dated: December __, 2013          THE JAFFE LAW FIRM

Stephen R. Jaffe

1

Dated: December __, 2013          KERR & WAGSTAFFE LLP

                                  Daniel A. Zaheer


                                  Attorneys for Plaintiff
                                  KIM MUNIZ


Dated: December __, 2013          PAUL HASTINGS LLP

                                  KATHERINE C. HUIBONHOA

                                  Attorney for Defendant
                                  UNITED PARCEL SERVICE, INC.

1

Case No. C-09-01987 CW                           STIP. RE SATISFACTION OF JUDGMENT
LEGAL_US_W # 77211669.2

1 **ORDER**

2     Based on the foregoing stipulation, and good cause appearing therefor,

3     IT IS ORDERED, ADJUDGED, AND DECREED that all judgments against defendant

4 United Parcel Service, Inc., in this action and the Ninth Circuit Appeals have been satisfied in

5 full.

6     IT IS FURTHER ORDERED that UPS's *supersedeas* bond approved by the Court in

7 October 2011 is hereby released.

8     IT IS SO ORDERED.

10 Dated: January 13, 2014

11     Hon. Claudia Wilken
    United States District Judge